**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                                   :          Chapter 13

Kimberly A. Blumenthal

        Debtor(s)                                      :          Bankruptcy No. 12-14020

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Ashely M. Chan from the calendar of the Honorable Bruce I. Fox

Dated: 9/2/2016

                    FOR THE COURT

                    TIMOTHY B. MCGRATH
                    CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue
(3/01)