United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Blumenthal
    Debtor

Case No. 12-14020-bif
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Sep 02, 2016
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
db            #+Kimberly A. Blumenthal,    415 Krewson Terrace,    Willow Grove, PA 19090-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
       ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... ecfmail@mwc-law.com, ecfmail@mwc-law.com
       CAROL B. MCCULLOUGH    on behalf of Debtor Kimberly A. Blumenthal mcculloughejsenberg@gmail.com, G25217@notify.cincompass.com
       JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland Township School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
       KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... ecfmail@mwc-law.com
       MARISA MYERS COHEN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... mcohen@mwc-law.com
       STUART A. EISENBERG    on behalf of Debtor Kimberly A. Blumenthal mlawoffice@aol.com, mlawoffice@aol.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                           TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Kimberly A. Blumenthal | | |
| Debtor(s) | : | Bankruptcy No. 12-14020 |

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Ashely M. Chan from the calendar of the Honorable Bruce I. Fox

Dated: 9/2/2016

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue
 (3/01)