United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Blumenthal
    Debtor

Case No. 12-14020-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Sep 15, 2016
    Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.
db    #+Kimberly A. Blumenthal,    415 Krewson Terrace,    Willow Grove, PA 19090-3615
cr    +Upper Moreland Township School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,    Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:05:08    City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595
smg    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2016 02:04:36    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg    +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2016 02:04:47    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr    E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2016 01:58:27    The Bureaus, Inc.,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
                                                                                                      TOTAL: 4

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... ecfmail@mwc-law.com, ecfmail@mwc-law.com
        CAROL B. MCCULLOUGH    on behalf of Debtor Kimberly A. Blumenthal mccullougheisenberg@gmail.com, G25217@notify.cincompass.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland Township School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... ecfmail@mwc-law.com
        MARISA MYERS COHEN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... mcohen@mwc-law.com
        STUART A. EISENBERG    on behalf of Debtor Kimberly A. Blumenthal mlawoffice@aol.com, mlawoffice@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly A. Blumenthal<br>　　　　　　　　　　Debtor<br><br>JPMORGAN CHASE BANK, N.A.<br>　　　　　　　　　　Moving Party<br>vs.<br><br>Kimberly A. Blumenthal<br>　　　　　　　　　　Debtor<br><br>William C. Miller Esq.,<br>Trustee | Case No. 12-14020<br>Chapter No. 13 |

### ORDER GRANTING MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO CONSUMER IDENTIFYING INFORMATION AND AUTHORIZING THE FILING OF THE REPLACEMENT FILING

Upon consideration of the motion for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037(i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing the filing of a Replacement Filing; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.　The Motion is GRANTED.

2.　The Clerk of the Court is hereby directed to restrict remote electronic access to the Filing, which was filed as Claim No. 2-1.

3.　Movant is authorized to replace the Filing with the Replacement Filing, and the Clerk of the Court is hereby directed to take such actions as are reasonably necessary to docket the Replacement Filing.

4.  The Replacement Filing shall be deemed to have been filed with the Court on the date that the relevant Filing it is replacing was originally filed.

5.  The Replacement Filing shall be identical in all respects to the Filing it replaces, except for the removal of any imperfectly redacted PII.

6.  Nothing in this Order shall affect the rights of the United States Trustee, the Debtor, counsel for Debtor, the private trustee, or counsel for the private trustee in this matter to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.

Dated: 9/14, 2016

_____
HONORABLE
UNITED STATES BANKRUPTCY JUDGE